**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2939 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | |
| | : | No. 3 DB 2023 |
| v. | : | |
| | : | |
| | : | Attorney Registration No. 330036 |
| DAVID ADDISON GRANT MURRAY, | : | |
| | : | |
| Respondent | : | (Chester County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of August, 2023, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and David Addison Grant Murray is suspended from the Bar of this Commonwealth for a period of one year, retroactive to February 7, 2023. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).